**Israel Ghigbu IWUOHA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–2536.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 20, 2004.

Decided: Sept. 29, 2004.

Lloyd F. Ukwu, Washington, D.C., for Petitioner.

Peter D. Keisler, Assistant Attorney General, Richard M. Evans, Assistant Director, Nancy E. Friedman, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Israel Ghigbu Iwuoha, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen deportation proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Iwuoha's motion to reopen. *See* 8 C.F.R. § 1003.2(a), (c)(2) (2004);

*INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. *See In re: Iwuoha,* No. A70–510–853 (B.I.A. Dec. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*